UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Leslie B. Jacob,

    Plaintiff,

    v.                                             Case No. 2:12–cv–253

Commissioner of Social Security,          Judge Michael H. Watson

    Defendant.

### ORDER

On July 17, 2013, United States Magistrate Judge Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 95-2 for the Southern District of Ohio Eastern Division of Columbus, filed a Report and Recommendation concerning the disposition of Leslie Jacob's ("Plaintiff") Complaint in this Social Security case. The Report and Recommendation recommended affirming the decision of the Commissioner of Social Security.

The Report and Recommendation notified the parties of their right to file objections to the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). The Report and Recommendation further specifically advised the parties that the failure to object to the Report and Recommendation within fourteen days would result in a waiver of the right to *de novo* review by the District Judge. Report and Recommendation 24–25, ECF No. 13. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the Report and Recommendation is **ADOPTED**, and the Commissioner's decision is **AFFIRMED**.  The Clerk shall enter final judgment and terminate this case.

**IT IS SO ORDERED.**

*[signature]*

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**